B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Norman, Antonio D.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Montgomery-Norman, Latoya N.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5422** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4814** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1745 Greenfield St<br>North Chicago, IL**<br>ZIP Code **60064** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1618 Elizabeth Ave<br>North Chicago, IL**<br>ZIP Code **60064** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)

Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Norman, Antonio D.**<br>**Montgomery-Norman, Latoya N.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ David M. Siegel**　　　　　　　　　**May 17, 2010**<br>Signature of Attorney for Debtor(s)　　　　　　(Date)<br>**David M. Siegel** |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)   Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Norman, Antonio D.**
**Montgomery-Norman, Latoya N.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Antonio D. Norman**
Signature of Debtor  **Antonio D. Norman**

X **/s/ Latoya N. Montgomery-Norman**
Signature of Joint Debtor **Latoya N. Montgomery-Norman**

Telephone Number (If not represented by attorney)

**May 17, 2010**
Date

### Signature of Attorney*

X **/s/ David M. Siegel**
Signature of Attorney for Debtor(s)

**David M. Siegel #06207611**
Printed Name of Attorney for Debtor(s)

**David M. Siegel & Associates**
Firm Name
**790 Chaddick Drive**
**Wheeling, IL 60090**

Address

**(847) 520-8100**
Telephone Number
**May 17, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Antonio D. Norman**
**Latoya N. Montgomery-Norman**          Case No. _____

                     Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■   1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                             Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Antonio D. Norman**

**Antonio D. Norman**

Date: **May 17, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Antonio D. Norman**
**Latoya N. Montgomery-Norman**

Case No. _____

Debtor(s)

Chapter  **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                  Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Latoya N. Montgomery-Norman**

                          **Latoya N. Montgomery-Norman**

Date:   **May 17, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

| | | |
|---|---|---|
| In re | **Antonio D. Norman,**<br>**Latoya N. Montgomery-Norman** | Case No. _____ |
| | _____, Debtors | Chapter _____**7**_____ |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 7,945.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 322.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 56 | | 243,102.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,111.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 4,111.00 |
| Total Number of Sheets of ALL Schedules | | 70 | | | |
| Total Assets | | | 7,945.00 | | |
| Total Liabilities | | | | 243,424.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Antonio D. Norman,**                                    Case No. _____
         **Latoya N. Montgomery-Norman**

_____,        Chapter_____**7**_____
                                    Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 322.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 20,828.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 21,150.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,111.00 |
| Average Expenses (from Schedule J, Line 18) | 4,111.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,779.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 322.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 243,102.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 243,102.00 |

B6A (Official Form 6A) (12/07)

In re   **Antonio D. Norman,**                                      Case No. _____
        **Latoya N. Montgomery-Norman**

_____ ,
                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Antonio D. Norman,**
         **Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account Arm Forces Bank** | J | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits** | J | 1,300.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **T.V., Furniture** | J | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Normal Apparel** | J | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **3,300.00**
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Antonio D. Norman,**
         **Latoya N. Montgomery-Norman**                                    Case No. _____

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **ERISA Qualified IRA** | **W** | **2,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **2,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**                                      Case No. _____

_____ ,
                            Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Dodge Durango** | J | 2,645.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **2,645.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **7,945.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Antonio D. Norman,**
    **Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Arm Forces Bank** | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security Deposits** | **735 ILCS 5/12-1001(b)** | **1,300.00** | **1,300.00** |
| **Household Goods and Furnishings** | | | |
| **T.V., Furniture** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Normal Apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **ERISA Qualified** | **735 ILCS 5/12-1006** | **2,000.00** | **2,000.00** |
| **IRA** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Dodge Durango** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **2,645.00** |

| | Total: | **10,100.00** | **7,945.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Antonio D. Norman,**
      **Latoya N. Montgomery-Norman**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Antonio D. Norman,**                                                                Case No. _____
         **Latoya N. Montgomery-Norman**
                                                                              ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Antonio D. Norman,**
    **Latoya N. Montgomery-Norman**                    Case No. _____

                                         ,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | | |
| **Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph St. Chicago, IL 60506** | | J | **Income Taxes** | | | | | 0.00 |
| | | | | | | | 107.00 | 107.00 |
| Account No. | | | 2003 | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | | J | **Income Taxes** | | | | | 0.00 |
| | | | | | | | 215.00 | 215.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 322.00 | 322.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 322.00 | 322.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3273**<br><br>**AAC**<br>**7027 Miller Rd.**<br>**Warren, MI 48092** | | J | | | **6/06**<br>**Auto Deficiency**<br>**2006 Chevy Cobalt** | | | | **15,000.00** |
| Account No. **1268**<br><br>**Advance "Till Payday**<br>**2106 Sheridan Rd.**<br>**North Chicago, IL 60064** | | J | | | **9/03 -**<br>**Collections** | | | | **430.00** |
| Account No. **9-000**<br><br>**Advocate Condell Medical Center**<br>**810 E. Park Ste 132**<br>**Libertyville, IL 60048** | | J | | | **8/09**<br>**Collections** | | | | **3,428.00** |
| Account No. **2-000**<br><br>**Advocate Condell Medical Center**<br>**810 E. Park Ste 132**<br>**Libertyville, IL 60048** | | J | | | **12/08**<br>**Medical** | | | | **469.00** |

__55__ continuation sheets attached

Subtotal
(Total of this page)

**19,327.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**                                           Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0711-kide**<br><br>**All Kids Family Care**<br>**PO Box 19121**<br>**Springfield, IL 62794-9121** | | | J | | 11/03<br>**Medical** | | | | 45.00 |
| Account No. **8096**<br><br>**America Online Subscriber**<br>**c/o AlliedInterstate**<br>**3200 Northline Ave, Suite 160**<br>**Greensboro, NC 27408** | | | J | | 8/03<br>**Purchases** | | | | 95.00 |
| Account No.<br><br>**American Group Financial, Inc.**<br>**2360 Hassell Road**<br>**Hoffman Estates, IL 60195** | | | J | | 5/02<br>**Repossesion** | | | | 547.00 |
| Account No.<br><br>**American Group Financial, Inc.**<br>**2360 Hassell Road**<br>**Hoffman Estates, IL 60195** | | | J | | 5/02<br>**Repossesion** | | | | 408.00 |
| Account No. **6240**<br><br>**Ameristar**<br>**c/o Asset Acceptance Corp**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | | J | | 5/01 -<br>**Collections** | | | | 21,623.00 |

Sheet no. __1__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 22,718.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**                                        Case No. _____
       **Latoya N. Montgomery-Norman**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1979** <br><br> **Ameristar** <br> **c/o Asset Acceptance Corp** <br> **PO Box 2036** <br> **Warren, MI 48090-2036** | | J | 8/01 <br> Collections | | | | 11,827.00 |
| Account No. **9488** <br><br> **Ameritech Illinois** <br> **c/o Park Dansan** <br> **PO Box 248** <br> **Gastonia, NC 28053-0249** | | J | 12/99 <br> Collections | | | | 1,071.00 |
| Account No. **0606** <br><br> **Armed Forces Bank** <br> **PO Box 3400** <br> **Fort Leavenworth, KS 66027-3400** | | J | 6/06 - <br> Purchases | | | | 325.00 |
| Account No. **6540** <br><br> **Assoc in Gi & Liver Disease LL** <br> **800 N Westmoreland Road** <br> **Suite 102** <br> **Lake Forest, IL 60045-1687** | | J | 10/05 - <br> Medical Collections | | | | 580.00 |
| Account No. **0493** <br><br> **AT & T Broadband** <br> **c/o Credit Protection** <br> **13355 Noel Rd., 21st Flr.** <br> **Dallas, TX 75380** | | J | 7/00 - <br> Collections | | | | 150.00 |

Sheet no. __**2**___ of __**55**__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)            13,953.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
    **Latoya N. Montgomery-Norman**
                                     ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0801**<br><br>**AT & T Wireless**<br>**c/o G C Svcs.**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | J | 7/04<br>**Collections** | | | | 73.00 |
| Account No. **5605**<br><br>**AT& T**<br>**c/o Omnium Worldwide, Inc.**<br>**7820 East Broadway Blvd, Ste 200**<br>**Tucson, AZ 85710-3939** | | J | 6/06<br>**Collections** | | | | 334.00 |
| Account No. **98-00**<br><br>**AT& T Broadband**<br>**c/o Credit Protection Association L**<br>**13355 Noel Road**<br>**Dallas, TX 75240** | | J | 11/00<br>**Collections** | | | | 615.00 |
| Account No. **5783**<br><br>**At&At/Cinguar**<br>**PO Box 8220**<br>**Aurora, IL 60572-8220** | | J | 10/00 -<br>**Collections** | | | | 433.00 |
| Account No. **1875**<br><br>**AT&T**<br>**c/o Collection Company of America**<br>**PO Box 806**<br>**Norwell, MA 02061-0806** | | J | 8/06<br>**Collections** | | | | 1,100.00 |

Sheet no. __3__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,555.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**                                      Case No. _____
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **405 7** <br><br> **AT&T** <br> **PO Box 3002** <br> **Phoenixville, PA 19460** | | J | | 1/10 <br> Services | | | | 168.00 |
| Account No. **604-7** <br><br> **AT&T Broadband** <br> **1585 Waukegan Road** <br> **Waukegan, IL 60085** | | J | | 2/03 <br> Utility Services | | | | 68.00 |
| Account No. **1201** <br><br> **AT&T Long Distance-Toll** <br> **Credit Convertors** <br> **PO Box 105083** <br> **Atlanta, GA 30348-5083** | | J | | 3/99 - <br> Collections | | | | 820.00 |
| Account No. **6872** <br><br> **Bell Atlantic** <br> **c/o OSI Collection Services, Inc.** <br> **One Allied Dr., Dept. 3015** <br> **Trevose, PA 19047-0687** | | J | | 9/99 - <br> Collections | | | | 423.00 |
| Account No. **5588** <br><br> **Best Practices Impatient Care, Ltd.** <br> **P.O. Box 268** <br> **Lake Zurich, IL 60047-0268** | | J | | 12/09 <br> Medical | | | | 485.00 |

Sheet no. __4___ of __55___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,964.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6002**<br><br>**Best Practices Inpatient Care, Ltd**<br>**3880 Salem Lake Drive, Suite F**<br>**Lake Zurich, IL 60047** | | | J | | 5/06 -<br>Medical | | | | 272.00 |
| Account No. **4230**<br><br>**Best Practices Inpatient Care, Ltd**<br>**3880 Salem Lake Drive, Suite F**<br>**Lake Zurich, IL 60047** | | | J | | 10/05<br>Medical | | | | 597.00 |
| Account No. **9852**<br><br>**BMG Music Service**<br>**PO Box 91545**<br>**Indianapolis, IN 46291-0545** | | | J | | 6/00 -<br>Collections | | | | 38.00 |
| Account No. **7914**<br><br>**Car-Tel Communications**<br>**14346 Warwick Blvd. #362**<br>**Newport News, VA 23602** | | | J | | 4/99 -<br>Purchases | | | | 17.00 |
| Account No. **6754**<br><br>**CARE/GEMB**<br>**PO Box 981438**<br>**El Paso, TX 79998-1438** | | | J | | 1/09<br>Collections | | | | 2,580.00 |

Sheet no. __5__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,504.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1102**<br><br>**Charter One Bank**<br>**c/o RJM Acquisitions, LLC**<br>**575 Underhill Blvd, Ste 224**<br>**Syosset, NY 11791-3416** | | J | | 1/10<br>**Collections** | | | | 360.00 |
| Account No. **081-5**<br><br>**Childrens Hospital of Wisconsin**<br>**Drawer 531**<br>**Milwaukee, WI 53278** | | J | | 8/08<br>**Collections** | | | | 102.00 |
| Account No. **3200**<br><br>**College of Lake**<br>**c/o Armor System**<br>**860 Northpoint Blvd Suite A**<br>**Waukegan, IL 60085** | | J | | 8/02 -<br>**Collections** | | | | 303.00 |
| Account No. **3200**<br><br>**College of Lake County**<br>**c/o Armor Systems Corp.**<br>**2322 N. Green Bay Rd.**<br>**Waukegan, IL 60087** | | J | | 4/03<br>**Collections** | | | | 303.00 |
| Account No. **1604**<br><br>**Comcast**<br>**PO Box 8**<br>**Fort Pierce, FL 34954-0008** | | J | | 12/03<br>**Utility Services** | | | | 194.00 |

Sheet no. __6___ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,262.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**                              Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **50-00**<br><br>Comcast<br>PO Box 3002<br>Southeastern, PA 19398 | | J | 9/05 -<br>Collections | | | | 371.00 |
| Account No. **003-4**<br><br>Comcast<br>PO Box 27<br>Brownsville, TX 78520-0027 | | J | 12/05 -<br>Collections | | | | 152.00 |
| Account No. **8004**<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | J | 1/99 -<br>Utility Services | | | | 418.00 |
| Account No. **7052**<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | J | 10/01-<br>Utility Services | | | | 245.00 |
| Account No. **0066**<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | J | 7/07<br>Services | | | | 191.00 |

Sheet no. __7__ of __55__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,377.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2-000** <br><br> **Condell Acute Care Center** <br> **801 S. Milwaukee Ave.** <br> **Libertyville, IL 60048** | | J | | 3/09 <br> Collections | | | | 469.00 |
| Account No. **9-001** <br><br> **Condell Medical** <br> **c/o: Computer Credit, Inc.** <br> **PO Box 5238** <br> **Winston Salem, NC 27113** | | J | | 8/09 <br> Collections | | | | 3,428.00 |
| Account No. **2100** <br><br> **Condell Medical Center** <br> **97158 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | | 9/06 - <br> Collections | | | | 4,936.00 |
| Account No. **9931** <br><br> **Condell Medical Center** <br> **c/o Harris & Harris, Ltd** <br> **222 Merchandise Mart Plaza Ste 1900** <br> **Chicago, IL 60654** | | J | | 12/08 <br> Collections | | | | 6,097.00 |
| Account No. **00224** <br><br> **Condell Medical Center** <br> **755 South Milwaukee on Condell driv** <br> **Suite 127** <br> **Libertyville, IL 60048** | | J | | 9/06 <br> Collections | | | | 3,702.00 |

Sheet no. __8__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,632.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**                                        Case No. _____
         **Latoya N. Montgomery-Norman**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **582-1**<br><br>**Condell Medical Center**<br>**c/o Harris & Harris, Ltd**<br>**222 Merchandise Mart Plaza Ste 1900**<br>**Chicago, IL 60654** | | J | **9/09**<br>**Collections** | | | | **469.00** |
| Account No. **1419**<br><br>**Connecticut General Life Insurance**<br>**Memphis Claim Office**<br>**PO Box 188004**<br>**Chattanooga, TN 37422** | | J | **4/00 -**<br>**Medical** | | | | **21.00** |
| Account No. **558.1**<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Dr., Ste. 1895**<br>**Chicago, IL 60675-1895** | | J | **6/06 -**<br>**Medical** | | | | **9.00** |
| Account No. **406.1**<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Dr., Ste. 1895**<br>**Chicago, IL 60675-1895** | | J | **12/04 -**<br>**Medical** | | | | **53.00** |
| Account No. **759.1**<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Dr., Ste. 1895**<br>**Chicago, IL 60675-1895** | | J | **10/05 -**<br>**Medical** | | | | **237.00** |

Sheet no. __**9**___ of __**55**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **789.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **722.1**<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Dr., Ste. 1895**<br>**Chicago, IL 60675-1895** | | J | **9/06**<br>**Medical** | | | | 174.00 |
| Account No. **960.1**<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Dr., Ste. 1895**<br>**Chicago, IL 60675-1895** | | J | **2/07**<br>**Medical** | | | | 29.00 |
| Account No. **847.1**<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Dr., Ste. 1895**<br>**Chicago, IL 60675-1895** | | J | **7/08**<br>**Medical** | | | | 28.00 |
| Account No. **475.1**<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Dr., Ste. 1895**<br>**Chicago, IL 60675-1895** | | J | **1/09**<br>**Medical** | | | | 11.00 |
| Account No. **7820**<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Dr., Ste. 1895**<br>**Chicago, IL 60675-1895** | | J | **5/09**<br>**Collections** | | | | 28.00 |

Sheet no. __10__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

270.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**                                      Case No. _____

                                                                  ,
                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4608**<br><br>**Consumer Financial**<br>**300 Greenbay Rd.**<br>**Waukegan, IL 60085** | | J | **12/07**<br>**Loan** | | | | 579.00 |
| Account No. **9599**<br><br>**Countryside Fire Protection Distric**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | J | **12/06**<br>**Collections** | | | | 723.00 |
| Account No. **2628**<br><br>**Countryside Fire Protection Distric**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | J | **8/09**<br>**Collections** | | | | 746.00 |
| Account No. **4727**<br><br>**Countryside Fire Protection Distric**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | J | **12/08**<br>**Medical** | | | | 240.00 |
| Account No.<br><br>**Countryside Fire Protection Distric**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | J | **7/09**<br>**Collections** | | | | 394.00 |

Sheet no. __11__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     2,682.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**                                          Case No. _____
**Latoya N. Montgomery-Norman**
_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | J | | 4/09 Collections | | | | |
| **Countryside Fire Protection Distric** **c/o Northwest Collectors** **3601 Alonquin  Rd, Ste 232** **Rolling Meadows, IL 60008-3106** | | | | | | | | 1,370.00 |
| Account No. **3552** | | J | | 6/09 Collections | | | | |
| **Countryside Fire Protection Distric** **PO Box 457** **Wheeling, IL 60090** | | | | | | | | 154.00 |
| Account No. **0165** | | J | | 12/08 Medical | | | | |
| **Countryside Fire Protection Distric** **PO Box 457** **Wheeling, IL 60090** | | | | | | | | 723.00 |
| Account No. **1310** | | J | | 2/99 - Collections | | | | |
| **Cox Communications, Inc.** **PO Box 79008** **Baltimore, MD 21279-0008** | | | | | | | | 156.00 |
| Account No. **6896** | | J | | 3/05 Collections | | | | |
| **Credit Acceptance Corporation** **c/o Anchor Receivable Management** **Dept. 606, PO Box 4115** **Concord, CA 94524-4115** | | | | | | | | 2,148.00 |

Sheet no. __12__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,551.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8346**<br><br>**Credit One Bank**<br>**PO Box 98872**<br>**Las Vegas, NV 89193-8872** | | J | | **7/08**<br>**Purchases** | | | | 75.00 |
| Account No. **9045**<br><br>**Dante P Gabriel Mdsc Faap**<br>**c/o Certified Services, Inc.**<br>**PO Box 177**<br>**Waukegan, IL 60079-0177** | | J | | **5/03 -**<br>**Medical Collections** | | | | 185.00 |
| Account No. **9057**<br><br>**Dante P Gabriel, MD SC**<br>**15 Tower Court**<br>**Suite 150**<br>**Gurnee, IL 60031** | | J | | **5/06**<br>**Medical** | | | | 149.00 |
| Account No. **9048**<br><br>**Dante P Gabriel, MD SC**<br>**15 Tower Court**<br>**Suite 150**<br>**Gurnee, IL 60031** | | J | | **5/06**<br>**Medical** | | | | 128.00 |
| Account No. **5422**<br><br>**Dante P Gabriel, MD SC**<br>**15 Tower Court**<br>**Suite 150**<br>**Gurnee, IL 60031** | | J | | **11/03**<br>**Medical** | | | | 185.00 |

Sheet no. _**13**_ of _**55**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

722.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
    **Latoya N. Montgomery-Norman**
                                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4438**<br><br>**Delta Regional Medical Center**<br>**PO Box 102047**<br>**Birmingham, AL 35210-7047** | | J | **7/07**<br>**Medical** | | | | 685.00 |
| Account No. **7581**<br><br>**Delta Regional Medical Center**<br>**PO Box 102047**<br>**Birmingham, AL 35210-7047** | | J | **7/07**<br>**Medical** | | | | 231.00 |
| Account No. **0007**<br><br>**Delta Regional Medical Center**<br>**PO Box 102047**<br>**Birmingham, AL 35210-7047** | | J | **7/07**<br>**Medical** | | | | 935.00 |
| Account No. **0349**<br><br>**Den-Care Smile Center**<br>**2127 Green Bay Road**<br>**North Chicago, IL 60064** | | J | **7/08**<br>**Medical** | | | | 23.00 |
| Account No. **3434**<br><br>**Dilip K Shah, MD**<br>**1 South Greenleaf**<br>**Suite D, Greenleaf Center**<br>**Gurnee, IL 60031** | | J | **11/02 -**<br>**Medical** | | | | 635.00 |

Sheet no. __**14**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,509.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7524**<br><br>**DISH Network**<br>**Dept 0063**<br>**Palatine, IL 60055-0063** | | J | 9/06<br>**Collections** | | | | 966.00 |
| Account No. **9386**<br><br>**Dish Network**<br>**c/o The CBE Group, Inc.**<br>**131 Tower Park Dr., Ste 100**<br>**Waterloo, IA 50701** | | J | 1/10<br>**Collections** | | | | 192.00 |
| Account No. **42-00**<br><br>**Doctors Office of**<br>**Zion, Lake Villa, & Waukegan**<br>**2606 Elisha Ave.**<br>**Zion, IL 60099-2608** | | J | 3/06 -<br>**Medical** | | | | 132.00 |
| Account No. **06-01**<br><br>**Doctors Office of**<br>**Zion, Lake Villa, & Waukegan**<br>**2606 Elisha Ave.**<br>**Zion, IL 60099-2608** | | J | 6/06 -<br>**Medical** | | | | 71.00 |
| Account No. **7447**<br><br>**Doctors Office of Waukegan**<br>**2504 Washington Street**<br>**Waukegan, IL 60085** | | J | 3/06 -<br>**Medical** | | | | 66.00 |

Sheet no. __**15**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,427.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**                                                    Case No. _____
       **Latoya N. Montgomery-Norman**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4200**<br><br>**Doctors Office of Waukegan**<br>**2504 Washington Street**<br>**Waukegan, IL 60085** | | J | | | **2/06 -**<br>**Medical** | | | | **66.00** |
| Account No. **4973**<br><br>**Dr. Aaron M Siegel, MD**<br>**c/o Armor Systems Corp**<br>**1700 Kiefer Dr, Ste 1**<br>**Zion, IL 60099-5105** | | J | | | **10/05**<br>**Collections** | | | | **237.00** |
| Account No. **7516**<br><br>**Dr. Dilip Shah**<br>**c/o Certified Services, Inc.**<br>**PO Box 177**<br>**Waukegan, IL 60079-0177** | | J | | | **3/03 -**<br>**Medical Collections** | | | | **92.00** |
| Account No. **8629**<br><br>**Ed Fund**<br>**PO Box 419041**<br>**Rancho Cordova, CA 95741-9041** | | J | | | **3/08**<br>**Student Loan** | | | | **7,845.00** |
| Account No. **7  053**<br><br>**Emergency Specialists of Illinois**<br>**c/o Malcolm S. Gerald & Associates**<br>**332 South Michigan Ave., Suite 600**<br>**Chicago, IL 60604** | | J | | | **10/01**<br>**Medical Collections** | | | | **218.00** |

Sheet no. **16** of **55** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,458.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**
_____ ,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0435**<br><br>**Emergency Specialists of Illinois**<br>**1324 N. Sheridan Rd.**<br>**Waukegan, IL 60085** | | J | | | **4/00 -**<br>**Medical** | | | | 218.00 |
| Account No. **9406**<br><br>**Evanston Northwestern**<br>**Dept 77-9730**<br>**Chicago, IL 60678-9730** | | J | | | **9/00 -**<br>**Medical** | | | | 459.00 |
| Account No. **9194**<br><br>**Excel Emergency Care LLC**<br>**PO Box 808**<br>**Grand Rapids, MI 49518-0808** | | J | | | **11/02 -**<br>**Medical** | | | | 55.00 |
| Account No. **0331**<br><br>**Excel LLC St. Therese**<br>**6540 Reliable Parkway**<br>**Chicago, IL 60686** | | J | | | **9/01 -**<br>**Medical** | | | | 275.00 |
| Account No. **9849**<br><br>**Excel LLC St. Therse**<br>**PO Box 88259**<br>**Chicago, IL 60680-1259** | | J | | | **10/00 -**<br>**Medical Collections** | | | | 175.00 |

Sheet no. **17** of **55** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,182.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio D. Norman,**
        **Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1750** | | | | | 10/01 - Medical | | | | |
| **Excel LLC St. Therse** **PO Box 88259** **Chicago, IL 60680-1259** | | | J | | | | | | |
| | | | | | | | | | **177.00** |
| Account No. **645-7** | | | | | 6/02 Services | | | | |
| **Expert Prem. Payment Service** **PO Box 128** **Aurora, IL 60507-0128** | | | J | | | | | | |
| | | | | | | | | | **159.00** |
| Account No. **82-08** | | | | | 6/07 Collections | | | | |
| **First Midwest Bank-Joliet** **c/o: Trackers, INC. dba Eastern IA** **PO Box 1227 1970 Spruce Hills Dr.** **Bettendorf, IA 52722** | | | J | | | | | | |
| | | | | | | | | | **214.00** |
| Account No. | | | | | 2/04 - Medical | | | | |
| **Frank K Leung, MDSC** **2504 Washington St** **Suite 102** **Waukegan, IL 60085** | | | J | | | | | | |
| | | | | | | | | | **90.00** |
| Account No. **5852** | | | | | 11/02 - Medical | | | | |
| **Furman & Scheer Surgical Assoc.** **20 Tower Court Suite A** **Gurnee, IL 60031** | | | J | | | | | | |
| | | | | | | | | | **32.00** |

Sheet no. __**18**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**672.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0349** <br><br> **G R Kizina DDS & Assoc.** **c/o Certified Services, Inc.** **PO Box 177** **Waukegan, IL 60079-0177** | | J | 8/08 Collections | | | | 257.00 |
| Account No. <br><br> **Gamepro** **PO Box 37577** **Boone, IA 50037-0577** | | J | 10/06 Purchases | | | | 17.00 |
| Account No. **034.1** <br><br> **Global Medical Imaging SC** **1724 Momentum Place** **Chicago, IL 60689-5317** | | J | 12/09 Medical | | | | 190.00 |
| Account No. **090.1** <br><br> **Global Medical Imaging SC** **1724 Momentum Place** **Chicago, IL 60689-5317** | | J | 5/09 Collections | | | | 60.00 |
| Account No. **260.1** <br><br> **Global Medical Imaging SC** **1724 Momentum Place** **Chicago, IL 60689-5317** | | J | 3/10 Medical | | | | 40.00 |

Sheet no. __19__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

564.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
        **Latoya N. Montgomery-Norman**
                                                                              Case No. _____
_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5720**<br><br>**Greenwich Finance**<br>**901 W. Biesterfield**<br>**Elk Grove Village, IL 60007** | | J | | 2/05 -<br>**Auto** | | | | **2,520.00** |
| Account No. **2616**<br><br>**IHC-Libertyville Emergency Physicia**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | J | | 7/08<br>**Medical** | | | | **22.00** |
| Account No. **5124**<br><br>**IHC-Libertyville Emergency Physicia**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | J | | 8/09<br>**Medical** | | | | **560.00** |
| Account No. **0810**<br><br>**IHC-Libertyville Emergency Physicia**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | J | | 1/10<br>**Collections** | | | | **560.00** |
| Account No. **1341**<br><br>**IL Bone & Joint Institute**<br>**5057 Paysphere Circle**<br>**Chicago, IL 60674** | | J | | 5/09<br>**Medical** | | | | **254.00** |

Sheet no. __**20**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,916.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio D. Norman,**                                                        Case No. _____
        **Latoya N. Montgomery-Norman**
                                                                            ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **8831** <br><br> **IL Bone and Joint Institute** <br> **5057 Paysphere Circle** <br> **Chicago, IL 60674** | | J | | **3/10** <br> **Medical** | | | | **25.00** |
| Account No. <br><br> **Illinois Police Patrolman's Associa** <br> **2924 N. River Road** <br> **River Grove, IL 60171** | | J | | **6/01** <br> **NOTICE ONLY** | | | | **Unknown** |
| Account No. **780-7** <br><br> **Insurance Payment Plan, Inc.** <br> **240 E. Lake St** <br> **Suite 201** <br> **Addison, IL 60101** | | J | | **5/99 -** <br> **Medical** | | | | **132.00** |
| Account No. **5188** <br><br> **J NHO MD & M Lim MD** <br> **c/o Certified Services** <br> **PO Box 177** <br> **Waukegan, IL 60079-0177** | | J | | **4/06** <br> **Collections** | | | | **154.00** |
| Account No. **340b** <br><br> **J NHO MD & M Lim MD** <br> **c/o Certified Services** <br> **PO Box 177** <br> **Waukegan, IL 60079-0177** | | J | | **2/10** <br> **Collections** | | | | **180.00** |

Sheet no. __21__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **491.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
         **Latoya N. Montgomery-Norman**                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15-02**<br><br>**Lake County Department of Public Wo**<br>**650 Winchester Road**<br>**Libertyville, IL 60048-1391** | | J | 12/04 -<br>Utility | | | | 125.00 |
| Account No. **4973**<br><br>**Lake County General & Vascular**<br>**1425 N. Hunt Club Rd., #103**<br>**Gurnee, IL 60031** | | J | 12/05 -<br>Medical | | | | 237.00 |
| Account No. **0482**<br><br>**Lake County Health Department**<br>**2400 Belvidere Road**<br>**Waukegan, IL 60085** | | J | 4/00<br>Medical | | | | 21.00 |
| Account No. **9681**<br><br>**Lake County Health Department**<br>**2400 Belvidere Rd.**<br>**Waukegan, IL 60085** | | J | 4/00<br>Medical | | | | 34.00 |
| Account No. **838.1**<br><br>**Lake County Health Department**<br>**36104 Treasury Center**<br>**Chicago, IL 60694-6100** | | J | 8/08<br>Medical | | | | 67.00 |

Sheet no. __22__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        484.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **980.1**<br><br>**Lake County Radiology Associates**<br>**36104 Treasury Center**<br>**Chicago, IL 60694-6100** | | J | | **9/06**<br>**Medical** | | | | 245.00 |
| Account No. **8107**<br><br>**Lake County Radiology Associates**<br>**c/o Dependon Collection Service, In**<br>**PO Box 4983**<br>**Oak Brook, IL 60523-4983** | | J | | **1/10**<br>**Collections** | | | | 171.00 |
| Account No. **661.1**<br><br>**Lake County Radiology Associates**<br>**36104 Treasury Center**<br>**Chicago, IL 60694-6100** | | J | | **12/08**<br>**Medical** | | | | 868.00 |
| Account No. **665.1**<br><br>**Lake County Radiology Associates**<br>**36104 Treasury Center**<br>**Chicago, IL 60694-6100** | | J | | **8/09**<br>**Medical** | | | | 171.00 |
| Account No. **4372**<br><br>**Lake Forest**<br>**75 Remittance Drive Suite 1951**<br>**Chicago, IL 60675** | | J | | **9/01**<br>**Collections** | | | | 1,185.00 |

Sheet no. __23__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,640.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2762** <br><br> **Lake Forest ER** <br> **75 Remittance Drive Suite 1951** <br> **Chicago, IL 60675** | J | | | **6/06 -** <br> **Medical** | | | | 214.00 |
| Account No. **2116** <br><br> **Lake Forest ER** <br> **75 Remittance Drive Suite 1951** <br> **Chicago, IL 60675** | J | | | **8/06 -** <br> **Medical** | | | | 324.00 |
| Account No. **0113** <br><br> **Lake Forest ER** <br> **75 Remittance Drive Suite 1951** <br> **Chicago, IL 60675** | J | | | **5/06 -** <br> **Medical** | | | | 1,501.00 |
| Account No. **5436** <br><br> **Lake Forest ER** <br> **75 Remittance Drive Suite 1951** <br> **Chicago, IL 60675** | J | | | **10/05 -** <br> **Collections** | | | | 508.00 |
| Account No. **1290** <br><br> **Lake Forest ER** <br> **c/o Malcom S Gerald & Assoc** <br> **332 South Micigan Ave, Ste 600** <br> **Chicago, IL 60604** | J | | | **8/07** <br> **Collections** | | | | 477.00 |

Sheet no. __24__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,024.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

5/17/10  2:31PM

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. **6559**<br><br>**Lake Forest ER**<br>**75 Remittance Drive, Suite 1951**<br>**Chicago, IL 60675** | | J | **12/09**<br>**Medical** | | | | 668.00 |
| Account No. **0420**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | | J | **5/06 -**<br>**Medical** | | | | 16,711.00 |
| Account No. **2998**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | | J | **8/06 -**<br>**Medical** | | | | 1,033.00 |
| Account No. **2922**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | | J | **2/06 -**<br>**Collections** | | | | 396.00 |
| Account No. **9462**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | | J | **6/06 -**<br>**Collections** | | | | 1,161.00 |

Sheet no. __**25**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,969.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
     **Latoya N. Montgomery-Norman**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
| Account No. **1241**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | J | | | | **3/06 -**<br>**Collections** | | | | 904.00 |
| Account No. **1282**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | J | | | | **3/06 -**<br>**Collections** | | | | 166.00 |
| Account No. **2863**<br><br>**Lake Forest Hospital**<br>**75 Remittance Drive Suite 1834**<br>**Chicago, IL 60675-1834** | J | | | | **10/05 -**<br>**Collections** | | | | 16,028.00 |
| Account No. **2852**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | J | | | | **3/06 -**<br>**Medical Collections** | | | | 150.00 |
| Account No. **3558**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | J | | | | **2/05 -**<br>**Medical** | | | | 167.00 |

Sheet no. __26__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,415.00

5/17/10 2:31PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**                                    Case No. _____
**Latoya N. Montgomery-Norman**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2880** <br><br>**Lake Forest Hospital c/o CBCS PO Box 165025 Columbus, OH 43216** | | J | 7/07 **Collections** | | | | 16,178.00 |
| Account No. **7047** <br><br>**Lake Forest Hospital 75 Remittance Drive Suite 1951 Chicago, IL 60675** | | J | 11/08 **Medical** | | | | 29.00 |
| Account No. **4721** <br><br>**Lake Forest Hospital c/o CBCS PO Box 165025 Columbus, OH 43216** | | J | 10/09 **Collections** | | | | 71.00 |
| Account No. **3739** <br><br>**Lake Forest Hospital c/o Malcolm S. Gerald & Associates 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604** | | J | 9/09 **Collections** | | | | 1,560.00 |
| Account No. **1004** <br><br>**Lake Forest Hospital 660 N. Westmoreland Rd. Lake Forest, IL 60045-9989** | | J | 12/09 **Medical** | | | | 100.00 |

Sheet no. __27__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,938.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio D. Norman,**
     **Latoya N. Montgomery-Norman**

Case No. _____

                                 ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0701** <br><br> **Lake Forest Hospital** <br> **c/o Malcolm S. Gerald & Associates** <br> **332 S. Michigan Ave., Ste. 600** <br> **Chicago, IL 60604** | J | | | 3/09 <br> Collections | | | | 271.00 |
| Account No. **3228** <br><br> **Lake Forest Hospital** <br> **c/o Malcom S Gerald & Associates, I** <br> **332 S. Michigan Ave, Suite 600** <br> **Chicago, IL 60604** | J | | | 3/09 <br> Collections | | | | 91.00 |
| Account No. <br><br> **Lake Forest Hospital** <br> **660 N. Westmoreland Rd.** <br> **Lake Forest, IL 60045-9989** | J | | | NOTICE ONLY | | | | 0.00 |
| Account No. **0103** <br><br> **Lake Shore Pathologists** <br> **520 East 22nd Street** <br> **Lombard, IL 60148** | J | | | 5/08 <br> Medical | | | | 89.00 |
| Account No. **4814** <br><br> **Linebarger Goggan Blair Sampson** <br> **PO Box 06140** <br> **Chicago, IL 60606** | J | | | 11/07 <br> Collections | | | | 257.00 |

Sheet no. __28__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

708.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**
Case No. _____
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6387** <br><br> **Med-Health Financial Services** <br> **PO Box 1996** <br> **Milwaukee, WI 53201-1996** | J | | | 1/09 <br> Collections | | | | 36.00 |
| Account No. **1150** <br><br> **Medical College of Wisconsin** <br> **PO Box 13367** <br> **Milwaukee, WI 53213-0367** | J | | | 11/00 - <br> Medical | | | | 320.00 |
| Account No. **6387** <br><br> **Medical College of Wisconsin** <br> **PO Box 13367** <br> **Milwaukee, WI 53213-0367** | J | | | 11/08 <br> Medical | | | | 36.00 |
| Account No. **3296** <br><br> **Midway Emergency Physican** <br> **PO Box 320006** <br> **Birmingham, AL 35222-1308** | J | | | 5/08 <br> Medical | | | | 439.00 |
| Account No. **0422** <br><br> **Midway Emergency Physican** <br> **PO Box 320006** <br> **Birmingham, AL 35222-1308** | J | | | 10/08 <br> Collections | | | | 22.00 |

Sheet no. __**29**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

853.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**  
       **Latoya N. Montgomery-Norman**  

Case No. _____

_____,  
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2147**<br><br>**Midway Emergency Physician**<br>**5665 New Northside Drive**<br>**Suite 320**<br>**Atlanta, GA 30328** | | | J | | 5/08<br>Collections | | | | 654.00 |
| Account No. **9803**<br><br>**Midway Emergency Physician**<br>**5665 New Northside Drive**<br>**Suite 320**<br>**Atlanta, GA 30328** | | | J | | 5/08<br>Collections | | | | 654.00 |
| Account No. **1989**<br><br>**Midway Emergency Physician**<br>**5665 New Northside Drive**<br>**Suite 320**<br>**Atlanta, GA 30328** | | | J | | 4/08<br>Collections | | | | 294.00 |
| Account No. **2742**<br><br>**Midway Emergency Physician**<br>**5665 New Northside Drive**<br>**Suite 320**<br>**Atlanta, GA 30328** | | | J | | 4/08<br>Collections | | | | 294.00 |
| Account No. **3666**<br><br>**Mobile Anesthesiologists**<br>**8420 W Bryn Mawr Ave**<br>**Ste 300**<br>**Chicago, IL 60631** | | | J | | 8/08<br>Medical | | | | 115.00 |

Sheet no. __30__ of __55__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

2,011.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

5/17/10 2:31PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2466**<br><br>**Mobile Anesthesiologists**<br>**Ste. 300**<br>**8420 W. Bryn Mawr Ave.**<br>**Chicago, IL 60631** | | J | **7/08**<br>**Medical** | | | | 115.00 |
| Account No. **9-907**<br><br>**Murphy Ambulance**<br>**PO Box 6990**<br>**Libertyville, IL 60048** | | J | **2/09**<br>**Collections** | | | | 75.00 |
| Account No. **110-0**<br><br>**Murphy Ambulance**<br>**PO Box 6990**<br>**Libertyville, IL 60048** | | J | **2/09**<br>**Collections** | | | | 75.00 |
| Account No.<br><br>**Nick Magazine**<br>**Billing Department**<br>**PO Box 3233**<br>**Harlan, IA 51593-0413** | | J | **NOTICE ONLY** | | | | 0.00 |
| Account No. **4230**<br><br>**No Insurance Lake Forest**<br>**660 N Westmoreland Road**<br>**Lake Forest, IL 60045** | | J | **10/05 -**<br>**Medical** | | | | 597.00 |

Sheet no. __31__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          862.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**

Case No. _____

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2839**<br><br>**North Chicago Fire Department**<br>**395 W. Lake Street**<br>**Elmhurst, IL 60126** | J | | | **5/08**<br>**Medical** | | | | 549.00 |
| Account No. **4718**<br><br>**North Shore Allergy & Asthma**<br>**2504 Washington St**<br>**Suite 300**<br>**Waukegan, IL 60085** | J | | | **11/08**<br>**Collections** | | | | 23.00 |
| Account No. **6154**<br><br>**North Shore Cardiologists**<br>**2151 Waukegan**<br>**Suite 100**<br>**Bannockburn, IL 60015-1884** | J | | | **10/06**<br>**Medical** | | | | 362.00 |
| Account No. **1883**<br><br>**North Shore Cardiologists**<br>**2151 Waukegan**<br>**Suite 100**<br>**Bannockburn, IL 60015-1884** | J | | | **12/09**<br>**Medical** | | | | 77.00 |
| Account No. **7433**<br><br>**North Shore Gas**<br>**c/o IC System**<br>**444 Highway 96 East**<br>**Saint Paul, MN 55164** | J | | | **1/09**<br>**Collections** | | | | 502.00 |

Sheet no. __32__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,513.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1866** <br><br> **North Suburban Dermatology SC** <br> **103 S Greenleaf Ave** <br> **Ste J** <br> **Gurnee, IL 60031** | | J | 11/07 <br> **Medical** | | | | 35.00 |
| Account No. **2293** <br><br> **Northeast Radiology Assoc., S.C.** <br> **PO Box 3837** <br> **Springfield, IL 62708-3837** | | J | 10/06 <br> **Medical** | | | | 336.00 |
| Account No. **5029** <br><br> **Northeast Radiology Assoc., S.C.** <br> **PO Box 3837** <br> **Springfield, IL 62708-3837** | | J | 6/06 - <br> **Collections** | | | | 45.00 |
| Account No. **9986** <br><br> **Northeast Radiology Assoc., S.C.** <br> **PO Box 3837** <br> **Springfield, IL 62708-3837** | | J | 8/06 - <br> **Collections** | | | | 43.00 |
| Account No. **1246** <br><br> **Northeast Radiology Assoc., S.C.** <br> **PO Box 3837** <br> **Springfield, IL 62708-3837** | | J | 10/05 - <br> **Medical Collections** | | | | 967.00 |

Sheet no. __33__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **1,426.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
      **Latoya N. Montgomery-Norman**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1247** <br><br> **Northeast Radiology Associates** <br> **c/o I.C.S., Inc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | J | **10/05 -** <br> **Medical Collections** | | | | 531.00 |
| Account No. **0213** <br><br> **Northeast Radiology Associates** <br> **c/o I.C.S., Inc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | J | **5/06** <br> **Collections** | | | | 258.00 |
| Account No. **0214** <br><br> **Northeast Radiology Associates** <br> **c/o I.C.S., Inc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | J | **5/06** <br> **Collections** | | | | 37.00 |
| Account No. **0215** <br><br> **Northeast Radiology Associates** <br> **c/o I.C.S., Inc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | J | **5/06** <br> **Collections** | | | | 41.00 |
| Account No. **6250** <br><br> **Northeast Radiology Associates** <br> **c/o ICS** <br> **PO Box 1010** <br> **Tinley Park, IL 60477** | | J | **11/08** <br> **Collections** | | | | 2.00 |

Sheet no. __34__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

869.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**                                                          Case No. _____
      **Latoya N. Montgomery-Norman**
_____ ,
                               Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9022**<br><br>**Northeast Radiology Associates**<br>**c/o ICS**<br>**PO Box 1010**<br>**Tinley Park, IL 60477** | | J | **11/08**<br>**Collections** | | | | **16.00** |
| Account No. **8958**<br><br>**Northeast Radiology Associates**<br>**c/o ICS**<br>**PO Box 1010**<br>**Tinley Park, IL 60477** | | J | **11/08**<br>**Collections** | | | | **1.00** |
| Account No. **1478**<br><br>**Northern IL. Radiol Assoc**<br>**3203 Sunset Ave**<br>**Waukegan, IL 60087-3433** | | J | **4/00 -**<br>**Medical** | | | | **21.00** |
| Account No. **1478**<br><br>**Northern Illinois Radiological Asso**<br>**c/o Armor Systems Corporation**<br>**2322 N. Green Bay Road**<br>**Waukegan, IL 60087-4209** | | J | **4/00**<br>**Collections** | | | | **21.00** |
| Account No. **7291**<br><br>**Northwestern Lake Forest Hospital**<br>**c/o CBCS**<br>**PO Box 165025**<br>**Columbus, OH 43216-5025** | | J | **5/10**<br>**Collections** | | | | **2,019.00** |

Sheet no. __35__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal            **2,078.00**
                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4665** | | | | 11/02 Medical | | | | |
| **Pathology Associates of North Shore** **641 E. Butterfield Rd., Ste. 407** **Lombard, IL 60148** | | J | | | | | | |
| | | | | | | | | 177.00 |
| Account No. **0815** | | | | 8/08 Medical | | | | |
| **Pediatric Radiologic Serv Affiliat** **PO Box 230** **Elm Grove, WI 53122-2201** | | J | | | | | | |
| | | | | | | | | 7.00 |
| Account No. **534-2** | | | | 9/98 Collections | | | | |
| **Peoples Choice Video Express** **2411 Grand Ave.** **Waukegan, IL 60085** | | J | | | | | | |
| | | | | | | | | 18.00 |
| Account No. **7433** | | | | 7/05 - Collections | | | | |
| **Peoples Energy** **c/o AMRCOLLECT** **919 W. Estes Ave.** **Schaumburg, IL 60193-4427** | | J | | | | | | |
| | | | | | | | | 502.00 |
| Account No. **0258** | | | | 4/06 - Utility Services | | | | |
| **Peoples Energy** **3001 Grand Ave** **Waukegan, IL 60085** | | J | | | | | | |
| | | | | | | | | 253.00 |

Sheet no. __**36**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

957.00

5/17/10 2:31PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**                                          Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0697**<br><br>**Peoples Energy**<br>**PO Box 0**<br>**Chicago, IL 60690-3991** | | J | **12/01 -**<br>**Collections** | | | | 501.00 |
| Account No. **5422**<br><br>**Performax**<br>**PO Box 1065**<br>**Amherst, NY 14226** | | J | **11/02**<br>**Medical** | | | | 230.00 |
| Account No.<br><br>**Performax**<br>**PO Box 1065**<br>**Amherst, NY 14226** | | J | **11/02**<br>**Services** | | | | 75.00 |
| Account No. **7467**<br><br>**Provena**<br>**2615 Washington Street**<br>**Waukegan, IL 60085-4988** | | J | **6/02 -**<br>**Medical Collections** | | | | 426.00 |
| Account No. **5-001**<br><br>**Provena**<br>**2615 Washington Street**<br>**Waukegan, IL 60085-4988** | | J | **4/00 -**<br>**Medical** | | | | 283.00 |

Sheet no. __**37**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,515.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
     **Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2479** <br><br> **Provena Saint Therese Medical Ctr.** <br> **2615 Washington St.** <br> **Waukegan, IL 60085-4988** | | J | **8/01 -** <br> **Medical Collections** | | | | 159.00 |
| Account No. **3820** <br><br> **Provena St. Joseph Medical Center** <br> **2175 W. Oneida** <br> **Joliet, IL 60435** | | J | **11/02 -** <br> **Medical Collections** | | | | 729.00 |
| Account No. **3820** <br><br> **Provena St. Joseph Medical Center** <br> **2175 W. Oneida** <br> **Joliet, IL 60435** | | J | **11/02 -** <br> **Medical Collections** | | | | 729.00 |
| Account No. **6112** <br><br> **Provena St. Therese Medical Center** <br> **c/o Pellettieri & Assoc., P.C.** <br> **111 West Jackson Blvd 15th Floor** <br> **Chicago, IL 60604-3501** | | J | **10/00 -** <br> **Medical Collections** | | | | 264.00 |
| Account No. **6763** <br><br> **Quest Diagnostics** <br> **PO Box 64804** <br> **Baltimore, MD 21264-4804** | | J | **5/06 -** <br> **Collections** | | | | 175.00 |

Sheet no. __**38**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,056.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
    **Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1309**<br><br>**Quest Diagnostics**<br>**c/o Credit Collection Services**<br>**2 Wells Ave, Dept. 587**<br>**Newton Center, MA 02459** | J | | | 7/08<br>Collections | | | | 291.00 |
| Account No. **9430**<br><br>**Quest Diagnostics**<br>**PO Box 64804**<br>**Baltimore, MD 21264-4804** | J | | | 11/08<br>Collections | | | | 145.00 |
| Account No. **6730**<br><br>**Quest Diagnostics**<br>**PO Box 64804**<br>**Baltimore, MD 21264-4804** | J | | | 3/09<br>Collections | | | | 158.00 |
| Account No. **9442**<br><br>**Quest Diagnostics**<br>**PO Box 64804**<br>**Baltimore, MD 21264-4804** | J | | | 6/08<br>Collections | | | | 145.00 |
| Account No. **6765**<br><br>**Quest Diagnostics**<br>**c/o Credit Collection Services**<br>**2 Wells Ave, Dept. 587**<br>**Newton Center, MA 02459** | J | | | 12/08<br>Collections | | | | 158.00 |

Sheet no. **_39_** of **_55_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

897.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
     **Latoya N. Montgomery-Norman**

Case No. _____

                                      ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1570**<br><br>**Quest Diagnostics, formerly SBCL**<br>**PO Box 7306**<br>**Hollister, MO 65673-7306** | | J | | 5/00 -<br>**Medical** | | | | 117.00 |
| Account No. **9431**<br><br>**Quest Diagnostics, formerly SBCL**<br>**PO Box 7306**<br>**Hollister, MO 65673-7306** | | J | | 9/00 -<br>**Medical** | | | | 38.00 |
| Account No. **651 et al**<br><br>**Quest Diagnostics, formerly SBCL**<br>**PO Box 7306**<br>**Hollister, MO 65673-7306** | | J | | 7/00 -<br>**Medical Collections** | | | | 698.00 |
| Account No. **264-1**<br><br>**R.M.S.**<br>**4836 Brecksville Road**<br>**PO Box 523**<br>**Richfield, OH 44286-0523** | | J | | 9/05<br>**Collections** | | | | 61.00 |
| Account No.<br><br>**Rockenbach Chevrolet**<br>**c/o Credit Management Services**<br>**25 Northwest Point Blvd #750**<br>**Elk Grove Village, IL 60007** | | J | | 3/07<br>**Collections** | | | | 1,000.00 |

Sheet no. __**40**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,914.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
     **Latoya N. Montgomery-Norman**

Case No. _____

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5188**<br><br>**Round Lake Family Phys**<br>**707 West Railroad Ave**<br>**Round Lake, IL 60073** | J | | | **3/06 -**<br>**Medical** | | | | 154.00 |
| Account No. **6340**<br><br>**Round Lake Family Phys**<br>**707 West Railroad Ave**<br>**Round Lake, IL 60073** | J | | | **6/09**<br>**Medical** | | | | 180.00 |
| Account No. **3918**<br><br>**Sacor Systems**<br>**c/o Dennis A. Brebner & Associates**<br>**860 Northpoint Blvd**<br>**Waukegan, IL 60085-8211** | J | | | **11/98 -**<br>**Medical Collections** | | | | 269.00 |
| Account No.<br><br>**Sallie Mae**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | J | | | **1/05 -**<br>**Student Loan** | | | | 454.00 |
| Account No.<br><br>**Sallie Mae**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | J | | | **9/04 -**<br>**Student Loan** | | | | 2,805.00 |

Sheet no. __**41**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,862.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**                                                 Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Sallie Mae**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | | J | | **9/04 -**<br>**Student Loan** | | | | **3,033.00** |
| Account No. <br><br>**Sallie Mae**<br>**PO Box 59030**<br>**Panama City, FL 32412-9030** | | J | | **7/06**<br>**Collections** | | | | **6,591.00** |
| Account No. **5422** <br><br>**Santa Barbara Bank & Trust**<br>**PO Box 1270**<br>**Solana Beach, CA 92075-7270** | | J | | **1/05**<br>**Loan** | | | | **215.00** |
| Account No. **6-626** <br><br>**SBC**<br>**Bill Payment Center**<br>**Chicago, IL 60663** | | J | | **7/05 -**<br>**Collections** | | | | **1,100.00** |
| Account No. **8074** <br><br>**SBC**<br>**c/o Collection Company of America**<br>**PO Box 806**<br>**Norwell, MA 02061** | | J | | **9/05**<br>**Collections** | | | | **99.00** |

Sheet no. __42__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,038.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
      **Latoya N. Montgomery-Norman**                                          Case No. _____

                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6077**<br><br>**SBC Ameritech**<br>**c/o CCA**<br>**700 Lonwater Drive**<br>**Norwell, MA 02061** | | J | | 7/06 -<br>**Collections** | | | | 334.00 |
| Account No. **0381**<br><br>**Scholastic At-Home Phonics Reading**<br>**c/o North Shore Agency**<br>**PO Box 8901**<br>**Westbury, NY 11590-8901** | | J | | 3/01<br>**Collections** | | | | 37.00 |
| Account No.<br><br>**Senex Partners, LLC**<br>**2014 Momentum Place**<br>**Chicago, IL 60689-5320** | | J | | **NOTICE ONLY** | | | | 0.00 |
| Account No. **2904**<br><br>**Senex Services**<br>**3500 DePauw Blvd**<br>**Suite 305**<br>**Indianapolis, IN 46268** | | J | | 6/06<br>**Collections** | | | | 499.00 |
| Account No. **4356**<br><br>**Senex Services**<br>**3500 DePauw Blvd**<br>**Suite 305**<br>**Indianapolis, IN 46268** | | J | | 6/06<br>**Collections** | | | | 501.00 |

Sheet no. __43__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,371.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
      **Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8819** | | | | | **3/08** **Student Loan** | | | | |
| **SJM Financial** **PO Box 147023** **Gainesville, FL 32614-7023** | | | J | | | | | | |
| | | | | | | | | | 100.00 |
| Account No. **4892** | | | | | **4/03** **Medical** | | | | |
| **Smart Document Solutions** **PO Box 1812** **Alpharetta, GA 30023-1812** | | | J | | | | | | |
| | | | | | | | | | 17.00 |
| Account No. **8041** | | | | | **4/01 -** **Utility Services** | | | | |
| **Smoke Signal Communications** **8700 South Gessner** **Houston, TX 77074** | | | J | | | | | | |
| | | | | | | | | | 216.00 |
| Account No. **6895** | | | | | **11/05 -** **Collections** | | | | |
| **Sprint** **Customer Service** **PO Box 8077** **London, KY 40742** | | | J | | | | | | |
| | | | | | | | | | 710.00 |
| Account No. **5304** | | | | | **3/02 -** **Collections** | | | | |
| **Sprint PCS** **c/o Cavalry** **7 Skyline Dr., 3rd Flr.** **Hawthorne, NY 10532** | | | J | | | | | | |
| | | | | | | | | | 304.00 |

Sheet no. __**44**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,347.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7006** <br><br> **Sprint PCS** <br> **c/o Prfsnlcrdt** <br> **500 Bi-County BV Inc.** <br> **Farmingdale, NY 11735** | | J | 1/02 - <br> Collections | | | | 320.00 |
| Account No. **2104** <br><br> **Sprint PCS** <br> **c/o Wam Tex** <br> **1000 F. N. Travis St.** <br> **Sherman, TX 75090-5054** | | J | 1/06 - <br> Collections | | | | 710.00 |
| Account No. **006-7** <br><br> **Sprint PCS** <br> **PO Box 219718** <br> **Kansas City, MO 64121-9718** | | J | 10/01 - <br> Collections | | | | 304.00 |
| Account No. **6895** <br><br> **Sprint PCS** <br> **c/o Debt Recovery Solutions** <br> **900 Merchants Conc, Suite 106** <br> **Westbury, NY 11590** | | J | 3/08 <br> Collections | | | | 710.00 |
| Account No. **3434** <br><br> **St. Therese Medical Center** <br> **c/o Dilip Shah, MD** <br> **1 South Greenleaf, Suite D** <br> **Gurnee, IL 60031** | | J | 4/03 - <br> Medical | | | | 69.00 |

Sheet no. __45__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,113.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
     **Latoya N. Montgomery-Norman**

Case No. _____

Debtors,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **7467** | | | J | | Collections | | | | |
| St. Therese Medical Center c/o Senex Services Corp. 3500 DePauw Blvd., Suite 3050 Indianapolis, IN 46268-6135 | | | | | | | | | 501.00 |
| Account No. **3767** | | | J | | 1/07 Collections | | | | |
| St. Therese Medical Center c/o Senex Services Corp. 3500 DePauw Blvd., Suite 3050 Indianapolis, IN 46268-6135 | | | | | | | | | 729.00 |
| Account No. **6902** | | | J | | 4/99 - Medical Collections | | | | |
| ST. Therese Radiology Assoc, SC PO Box 497 Waukegan, IL 60079-0497 | | | | | | | | | 35.00 |
| Account No. **3820** | | | J | | 11/02 - Collections | | | | |
| St. Therese Radiology Assoc. c/o AR Resources, Inc. PO Box 10336 Jacksonville, FL 32247-0336 | | | | | | | | | 729.00 |
| Account No. | | | J | | 3/99 Benefits | | | | |
| State of IL Dep. of Employment Sec 401 S State Street Chicago, IL 60605 | | | | | | | | | 1,460.00 |

Sheet no. __46__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,454.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8477** <br><br> **Suburban Radiologists, S.C.** <br> **1415 West 55th Street** <br> **Suite 101** <br> **Countryside, IL 60525** | | J | **12/04 -** <br> **Medical** | | | | 37.00 |
| Account No. **2217** <br><br> **Superior Air Ground Ambulance Serv** <br> **PO Box 1407** <br> **Elmhurst, IL 60126** | | J | **8/08** <br> **Medical** | | | | 1,629.00 |
| Account No. **3782** <br><br> **Superior Air Ground Ambulance Serv** <br> **PO Box 1407** <br> **Elmhurst, IL 60126** | | J | **10/08** <br> **Medical** | | | | 501.00 |
| Account No. **43-02** <br><br> **T Mobile** <br> **c/o AFNI** <br> **303 Brock Drive** <br> **Bloomington, IL 61702-3427** | | J | **2/10** <br> **Collections** | | | | 439.00 |
| Account No. **8902** <br><br> **T Mobile** <br> **c/o AFNI** <br> **303 Brock Drive** <br> **Bloomington, IL 61702-3427** | | J | **8/09** <br> **Collections** | | | | 394.00 |

Sheet no. __47__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**
         **Latoya N. Montgomery-Norman**                          Case No. _____

                                                    ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0801**<br><br>**T-Mobile**<br>**c/o Receivable Collection Operation**<br>**6373 E. Tanque Verde Rd Ste 200**<br>**Tucson, AZ 85751** | | J | 7/03 -<br>**Collections** | | | | 394.00 |
| Account No. **5460**<br><br>**T-Mobile Formerly Voicesstream**<br>**c/o Plaza Associates**<br>**PO Box 18008**<br>**Hauppauge, NY 11788-8808** | | J | 10/05 -<br>**Collections** | | | | 439.00 |
| Account No. **0750**<br><br>**TCF National Bank**<br>**c/o AMRCOLLECT**<br>**919 W. Estes Ave.**<br>**Schaumburg, IL 60193-4427** | | J | 4/03 -<br>**Collections** | | | | 169.00 |
| Account No. **8319**<br><br>**TCF National Bank**<br>**500 W. Joliet Rd.**<br>**Willowbrook, IL 60527** | | J | 2/05 -<br>**Collections** | | | | 190.00 |
| Account No. **4200**<br><br>**The Doctors Offices**<br>**c/o Armor Systems Co**<br>**1700 Kiefer Dr., Ste 1**<br>**Zion, IL 60099** | | J | 10/07<br>**Collections** | | | | 66.00 |

Sheet no. __48__ of __55__ sheets attached to Schedule of        Subtotal        1,258.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
**Latoya N. Montgomery-Norman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **7447** | | | J | | 10/07 Collections | | | | |
| The Doctors Offices c/o Armor Systems Co 1700 Kiefer Dr., Ste 1 Zion, IL 60099 | | | | | | | | | 66.00 |
| Account No. **7450** | | | J | | 10/07 Collections | | | | |
| The Doctors Offices c/o Armor Systems Co 1700 Kiefer Dr., Ste 1 Zion, IL 60099 | | | | | | | | | 71.00 |
| Account No. **7920** | | | J | | 11/03 Purchases | | | | |
| The News Sun 2383 N. Delany Road Waukegan, IL 60085 | | | | | | | | | 14.00 |
| Account No. **4087** | | | J | | 9/99 Schooling | | | | |
| The School of Booking & Accounting 430 Technology Parkway Norcross, GA 30092 | | | | | | | | | 584.00 |
| Account No. **0-109** | | | J | | 3/08 Purchases | | | | |
| The Strawberry Shortcake Crafts Clu 2931 East McCarty Street Jefferson City, MO 65101 | | | | | | | | | 20.00 |

Sheet no. __49__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

755.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**

Case No. _____

,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2707** <br><br> **United Equitable Insurance Company** <br> **PO Box 1091** <br> **Skokie, IL 60076-8091** | | J | | **7/07** <br> **Insurance** | | | | 128.00 |
| Account No. **627** <br><br> **USA Pay Day** <br> **1541 N. Lewis** <br> **Waukegan, IL 60085** | | J | | **10/06** <br> **Loan** | | | | 591.00 |
| Account No. **8506** <br><br> **USA Pay Day** <br> **1541 N. Lewis** <br> **Waukegan, IL 60085** | | J | | **10/06** <br> **Loan** | | | | 360.00 |
| Account No. **5772** <br><br> **VA Peninsula Emergency Phy Inc.** <br> **PO Box 70669** <br> **Richmond, VA 23255-0669** | | J | | **2/99 -** <br> **Medical Collections** | | | | 12.00 |
| Account No. **0001** <br><br> **Verizon Wireless** <br> **26935 Northwestern Hwy** <br> **Suite 100-CFS** <br> **Southfield, MI 48033** | | J | | **7/08** <br> **Collections** | | | | 1,877.00 |

Sheet no. __50__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,968.00

5/17/10 2:31PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**
                                                              Case No. _____
_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3246** <br><br> **Verizon Wireless** <br> **c/o CBS** <br> **PO Box 69** <br> **Columbus, OH 43216** | | J | **9/09** <br> **Collections** | | | | **2,068.00** |
| Account No. **8837** <br><br> **Victory Memoria** <br> **c/o Bnafinbur** <br> **8000 Safari dr.** <br> **Smyrna, TN 37167** | | J | **2/07** <br> **Collections** | | | | **43.00** |
| Account No. **6885** <br><br> **Victory Memorial Hospital** <br> **1324 N. Sheridan Road** <br> **Waukegan, IL 60085** | | J | **8/00 -** <br> **Medical Collections** | | | | **136.00** |
| Account No. **6001** <br><br> **Virginia Natural Gas** <br> **Unknown** <br> **Unknown** | | J | **11/98** <br> **Utility Services** | | | | **46.00** |
| Account No. **5772** <br><br> **Virginia Peninsula Emergency** <br> **PO Box 8216** <br> **Virginia Beach, VA 23450-8216** | | J | **2/99 -** <br> **Medical** | | | | **12.00** |

Sheet no. __51__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,305.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**                                                          Case No. _____
**Latoya N. Montgomery-Norman**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2742** <br><br> **Vista Health** <br> **99 W. Greenwood Ave** <br> **Waukegan, IL 60087-5136** | | J | 6/08 <br> **Medical** | | | | 772.00 |
| Account No. **9803-** <br><br> **Vista Health** <br> **99 W. Greenwood Ave** <br> **Waukegan, IL 60087-5136** | | J | 9/08 <br> **Collections** | | | | 1,455.00 |
| Account No. **3296** <br><br> **Vista Health** <br> **99 W. Greenwood Ave** <br> **Waukegan, IL 60087-5136** | | J | 8/08 <br> **Medical** | | | | 9,817.00 |
| Account No. **7523** <br><br> **Vista Imaging** <br> **PO Box 2049** <br> **Dept. 5339** <br> **Milwaukee, WI 53201** | | J | 12/08 <br> **Medical** | | | | 492.00 |
| Account No. **2126** <br><br> **Vista Imaging** <br> **PO Box 2049** <br> **Dept. 5339** <br> **Milwaukee, WI 53201** | | J | 3/09 <br> **Medical** | | | | 418.00 |

Sheet no. __52__ of __55__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,954.00

5/17/10 2:31PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio D. Norman,**                                    Case No. _____
         **Latoya N. Montgomery-Norman**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **4136** | | | | **10/06** **Medical** | | | | |
| **Vista Imaging Assoc.** **PO Box 6980** **Libertyville, IL 60048-6980** | | J | | | | | | |
| | | | | | | | | 35.00 |
| Account No. **6101** | | | | **5/08** **Collections** | | | | |
| **Vista Imaging Assoc.** **c/o AR Resources, Inc.** **PO Box 10336** **Jacksonville, FL 32247** | | J | | | | | | |
| | | | | | | | | 1,264.00 |
| Account No. **2839** | | | | **5/08** **Medical** | | | | |
| **Vista Medial Center East** **c/o North Chicago Fire Department** **PO Box 1368** **Elmhurst, IL 60126** | | J | | | | | | |
| | | | | | | | | 549.00 |
| Account No. **3841** | | | | **7/08** **Collections** | | | | |
| **Vista Medical Center - East** **c/o Credit Control, LLC** **PO Box 248** **Hazelwood, MO 63042** | | J | | | | | | |
| | | | | | | | | 29.00 |
| Account No. **8382** | | | | **8/07** **Collections** | | | | |
| **Vista Medical Center-East** **c/o Credit Control** **PO Box 4521** **Chesterfield, MO 63006** | | J | | | | | | |
| | | | | | | | | 50.00 |

Sheet no. __**53**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            1,927.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio D. Norman,**              Case No. _____
       **Latoya N. Montgomery-Norman**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7828** | | | | 8/04 - **Medical Collections** | | | | |
| **Vista St. Therese Medical Center c/o Pellettieri & Associates, LTD 991 Oak Creek Drive Lombard, IL 60148** | | J | | | | | | 75.00 |
| Account No. **8837** | | | | 10/05 - **Medical** | | | | |
| **Vista Surgery & Treatment Center 1050 Red Oak Lane Lindenhurst, IL 60046** | | J | | | | | | 43.00 |
| Account No. **8907** | | | | 9/05 - **Medical Collections** | | | | |
| **Vista Surgery & Treatment Center 1050 Red Oak Lane Lindenhurst, IL 60046** | | J | | | | | | 68.00 |
| Account No. **Check#520** | | | | 3/07 **Collections** | | | | |
| **Wal-Mart Stores c/o FMS Inc. PO Box 18062 Hauppauge, NY 11788-8862** | | J | | | | | | 278.00 |
| Account No. **9778** | | | | 11/04 - **Collections** | | | | |
| **Washington Mutual c/o Washington Credit PO Box 97029 Redmond, WA 98073-9729** | | J | | | | | | 373.00 |

Sheet no. __**54**__ of __**55**__ sheets attached to Schedule of        Subtotal            837.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio D. Norman,**
         **Latoya N. Montgomery-Norman**                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9126** <br><br> **Washington Mutual** <br> **1201 Third Ave.** <br> **Seattle, WA 98101** | | J | | **3/04 -** <br> **Purchases** | | | | 513.00 |
| Account No. **4727** <br><br> **Washington Mutual** <br> **c/o ER Solutions, Inc.** <br> **500 SW 7th St., #A100  PO Box 9004** <br> **Renton, WA 98057** | | J | | **3/05 -** <br> **Collections** | | | | 373.00 |
| Account No. **0508** <br><br> **Washington Mutual** <br> **c/o Island National Group** <br> **PO box 18009** <br> **Hauppauge, NY 11788-8809** | | J | | **11/03** <br> **Overdraft Collections** | | | | 373.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**55**__ of __**55**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 1,259.00 |
| Total <br> (Report on Summary of Schedules) | 243,102.00 |

1st Revenue Assurance
Dept 13526
PO Box 1259
Oaks, PA 19456


AAC
7027 Miller Rd.
Warren, MI 48092


Acc Consumer Finance
Insurance Service Center
PO Box 47388
Atlanta, GA 30362-0388


Advance "Till Payday
2106 Sheridan Rd.
North Chicago, IL 60064


Advance Til Payday/Illin
c/o Professional Collection Agencie
PO Box 66430
Seattle, WA 98166-6430


Advocate Condell Medical Center
810 E. Park Ste 132
Libertyville, IL 60048


Aegis Receivables Management, Inc.
PO Box 404
Fort Mill, SC 29716-0404


AFNI-Bloom
404 Brock Dr.
PO Box 3097
Bloomington, IL 61701


All Kids Family Care
PO Box 19121
Springfield, IL 62794-9121


America Online Subscriber
c/o AlliedInterstate
3200 Northline Ave, Suite 160
Greensboro, NC 27408

American Group Financial, Inc.
2360 Hassell Road
Hoffman Estates, IL 60195


American Medical Collection Agency
2269 S. Saw Mill River Rd.
Building 3
Elmsford, NY 10523


Ameristar
c/o Asset Acceptance Corp
PO Box 2036
Warren, MI 48090-2036


Ameristar
c/o Asset Acceptance
PO Box 9063
Brandon, FL 33509-9063


Ameritech
c/o Risk Management Alternatives, I
PO Box 105405
Atlanta, GA 30348-5405


Ameritech Illinois
c/o Park Dansan
PO Box 248
Gastonia, NC 28053-0249


Armed Forces Bank
PO Box 3400
Fort Leavenworth, KS 66027-3400


Assetcare Inc.
5100 Peachtree Industrial Blvd.
Norcross, GA 30071


Assoc in Gi & Liver Disease LL
800 N Westmoreland Road
Suite 102
Lake Forest, IL 60045-1687


AT & T Broadband
c/o Credit Protection
13355 Noel Rd., 21st Flr.
Dallas, TX 75380

AT & T Wireless
c/o G C Svcs.
6330 Gulfton
Houston, TX 77081


AT & T Wireless Dettroit PC
c/o Diversified Adjustment Serv, In
PO Box 32145
Fridley, MN 55432-2145


AT& T
c/o Omnium Worldwide, Inc.
7820 East Broadway Blvd, Ste 200
Tucson, AZ 85710-3939


AT& T Broadband
c/o Credit Protection Association L
13355 Noel Road
Dallas, TX 75240


At&At/Cinguar
PO Box 8220
Aurora, IL 60572-8220


AT&T
c/o Collection Company of America
PO Box 806
Norwell, MA 02061-0806


AT&T
PO Box 3002
Phoenixville, PA 19460


AT&T
c/o CCA
PO Box 806
Norwell, MA 02061-0806


AT&T Broadband
1585 Waukegan Road
Waukegan, IL 60085


AT&T Long Distance Service
c/o Goggins & Lavintman, P.A.
1450 Commerce Drive
Mendota Heights, MN 55120-1025

AT&T Long Distance-Toll
Credit Convertors
PO Box 105083
Atlanta, GA 30348-5083


AT&T Wireless
c/o AlliedInterstate
15 Hazel Wood Drive, Suite 102
Amherst, NY 14228


AT&T Wireless/Palisades
c/o Truelogic Financial Corp.
PO Box 4437
Englewood, CO 80155-4437


Bell Atlantic
c/o OSI Collection Services, Inc.
One Allied Dr., Dept. 3015
Trevose, PA 19047-0687


Bell Atlantic
PO box 17398
Baltimore, MD 21297-0429


Bell Atlantic Southern VA
c/o CBCS
PO Box 69
Columbus, OH 43216-0069


Best Practices Impatient Care, Ltd.
P.O. Box 268
Lake Zurich, IL 60047-0268


Best Practices Inpatient Care, Ltd
3880 Salem Lake Drive, Suite F
Lake Zurich, IL 60047


Best Practices Inpatient Care, Ltd
3880 Salem Lake Drive, Suite F
Long Grove, IL 60047


BMG Music Service
PO Box 91545
Indianapolis, IN 46291-0545

Car Financial Service
10770 Wateridge Circle
Suite 250
San Diego, CA 92121-5701


Car-Tel Communications
14346 Warwick Blvd. #362
Newport News, VA 23602


CARE/GEMB
PO Box 981438
El Paso, TX 79998-1438


Cavalry
c/o Sprint
PO Box 1017
Hawthorne, NY 10532


CBCS
PO Box 69
Columbus, OH 43216


Certified Service, Inc.
PO Box 505
Linden, MI 48451-0505


Certified Services Inc
PO Box 177
Waukegan, IL 60079


Charter One Bank
c/o RJM Acquisitions, LLC
575 Underhill Blvd, Ste 224
Syosset, NY 11791-3416


Chase Receivables
1247 Broadway
Sonoma, CA 95476


Childrens Hospital of Wisconsin
Drawer 531
Milwaukee, WI 53278

College of Lake
c/o Armor System
860 Northpoint Blvd Suite A
Waukegan, IL 60085


College of Lake County
c/o Armor Systems Corp.
2322 N. Green Bay Rd.
Waukegan, IL 60087


Comcast
PO Box 8
Fort Pierce, FL 34954-0008


Comcast
PO Box 3002
Southeastern, PA 19398


Comcast
PO Box 27
Brownsville, TX 78520-0027


Comcast
c/o Credit Protection
13355 Noel Rd.  21st Floor
Dallas, TX 75380


Comcast
c/o Credit Management
4200 International Parkway
Carrollton, TX 75007-1906


Comcast
c/o Collection Bureau of America
25954 Eden Landing Rd., 1st Flr.
Hayward, CA 94545-3816


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


Commonwealth Edison Co.
c/o Torres Credit Services, Inc.
PO Box 189
Carlisle, PA 17013-0189

Computer Credit INC
Claim Dept 002682
640 West Fourth Street
Winston Salem, NC 27113


Condell Acute Care Center
801 S. Milwaukee Ave.
Libertyville, IL 60048


Condell Medical
c/o: Computer Credit, Inc.
PO Box 5238
Winston Salem, NC 27113


Condell Medical Center
97158 Eagle Way
Chicago, IL 60678-9710


Condell Medical Center
c/o Harris & Harris, Ltd
222 Merchandise Mart Plaza Ste 1900
Chicago, IL 60654


Condell Medical Center
755 South Milwaukee on Condell driv
Suite 127
Libertyville, IL 60048


Condell Medical Center
755 South Milwaukee Rd.
Suite 127
Libertyville, IL 60048


Connecticut General Life Insurance
Memphis Claim Office
PO Box 188004
Chattanooga, TN 37422


Consolidated Pathology Consultants
75 Remittance Dr., Ste. 1895
Chicago, IL 60675-1895


Consumer Financial
300 Greenbay Rd.
Waukegan, IL 60085

Countryside Fire Protection Distric
PO Box 457
Wheeling, IL 60090


Countryside Fire Protection Distric
c/o Northwest Collectors
3601 Alonquin Rd, Ste 232
Rolling Meadows, IL 60008-3106


Cox Communications
c/o Peninsula Credit Bureau
PO Box 6497
Newport News, VA 23606


Cox Communications, Inc.
PO Box 79008
Baltimore, MD 21279-0008


Credit Acceptance Corporation
c/o Anchor Receivable Management
Dept. 606, PO Box 4115
Concord, CA 94524-4115


Credit Collection Services
Two Wells Ave.
Newton Center, MA 02459


Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872


CreditControl
#6 Ginger Creek Parkway
Glen Carbon, IL 62034


Dante P Gabriel Mdsc Faap
c/o Certified Services, Inc.
PO Box 177
Waukegan, IL 60079-0177


Dante P Gabriel, MD SC
15 Tower Court
Suite 150
Gurnee, IL 60031

Delta Regional Medical Center
PO Box 102047
Birmingham, AL 35210-7047


Delta Regional Medical Center
PO Box DBSI
1 Centerpointe Dr, Ste 450
La Palma, CA 90623


Den-Care Smile Center
2127 Green Bay Road
North Chicago, IL 60064


Dilip K Shah, MD
1 South Greenleaf
Suite D, Greenleaf Center
Gurnee, IL 60031


DISH Network
Dept 0063
Palatine, IL 60055-0063


Dish Network
c/o The CBE Group, Inc.
131 Tower Park Dr., Ste 100
Waterloo, IA 50701


Doctors Office of
Zion, Lake Villa, & Waukegan
2606 Elisha Ave.
Zion, IL 60099-2608


Doctors Office of Waukegan
2504 Washington Street
Waukegan, IL 60085


Dr. Aaron M Siegel, MD
c/o Armor Systems Corp
1700 Kiefer Dr, Ste 1
Zion, IL 60099-5105


Dr. Dilip Shah
c/o Certified Services, Inc.
PO Box 177
Waukegan, IL 60079-0177

Durham & Durham
5665 New Northside Drive
Suite 340
Atlanta, GA 30328


Ed Fund
PO Box 419041
Rancho Cordova, CA 95741-9041


Ed Fund
Student Borrower Service
PO Box 105612
Atlanta, GA 30348


Emergency Specialists of Illinois
c/o Malcolm S. Gerald & Associates
332 South Michigan Ave., Suite 600
Chicago, IL 60604


Emergency Specialists of Illinois
1324 N. Sheridan Rd.
Waukegan, IL 60085


ENCORE
400 N. Rogers Rd.
Olathe, KS 66062


Evanston Northwestern
Dept 77-9730
Chicago, IL 60678-9730


Excel Emergency Care LLC
PO Box 808
Grand Rapids, MI 49518-0808


Excel LLC St. Therese
6540 Reliable Parkway
Chicago, IL 60686


Excel LLC St. Therse
PO Box 88259
Chicago, IL 60680-1259

Excel LLC St. Therse
PO Box 88259 Dept. A
Chicago, IL 60680-1259


Excel LLC/St. Therese
c/o Creditors Collection Bureau, In
PO Box 63
Kankakee, IL 60901-0063


Expert Prem. Payment Service
PO Box 128
Aurora, IL 60507-0128


First Midwest Bank-Joliet
c/o: Trackers, INC. dba Eastern IA
PO Box 1227 1970 Spruce Hills Dr.
Bettendorf, IA 52722


Frank K Leung, MDSC
2504 Washington St
Suite 102
Waukegan, IL 60085


Furman & Scheer Surgical Assoc.
20 Tower Court Suite A
Gurnee, IL 60031


G R Kizina DDS & Assoc.
c/o Certified Services, Inc.
PO Box 177
Waukegan, IL 60079-0177


Gamepro
PO Box 37577
Boone, IA 50037-0577


GE Money Bank
PO Box 981127
El Paso, TX 79998-1127


Global Medical Imaging SC
1724 Momentum Place
Chicago, IL 60689-5317

GMG Music Service
c/o Dymacol
3070 Lawson Blvd, PO Box 9017
Oceanside, NY 11572-9017


Grabowski Law Center, LLC
1400 E Lake Cook Road
Suite 110
Buffalo Grove, IL 60089-8218


Greenwich Finance
901 W. Biesterfield
Elk Grove Village, IL 60007


Harvard Collections
4839 N. Elston
Chicago, IL 60630


Hilco Receivables
5 Revere Dr.
Suite 206
Northbrook, IL 60062


IHC-Libertyville Emergency Physicia
PO Box 3261
Milwaukee, WI 53201-3261


IL Bone & Joint Institute
5057 Paysphere Circle
Chicago, IL 60674


IL Bone and Joint Institute
5057 Paysphere Circle
Chicago, IL 60674


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60506


Illinois Police Patrolman's Associa
2924 N. River Road
River Grove, IL 60171

Insurance Payment Plan, Inc.
240 E. Lake St
Suite 201
Addison, IL 60101


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


J NHO MD & M Lim MD
c/o Certified Services
PO Box 177
Waukegan, IL 60079-0177


Jolas & Associates, LLP
202 1st St., NW
Mason City, IA 50401


Lake County Department of Public Wo
650 Winchester Road
Libertyville, IL 60048-1391


Lake County General & Vascular
1425 N. Hunt Club Rd., #103
Gurnee, IL 60031


Lake County Health Department
2400 Belvidere Road
Waukegan, IL 60085


Lake County Health Department
2400 Belvidere Rd.
Waukegan, IL 60085


Lake County Health Department
36104 Treasury Center
Chicago, IL 60694-6100


Lake County Radiology Associates
36104 Treasury Center
Chicago, IL 60694-6100

Lake County Radiology Associates
c/o Dependon Collection Service, In
PO Box 4983
Oak Brook, IL 60523-4983


Lake Forest
75 Remittance Drive Suite 1951
Chicago, IL 60675


Lake Forest ER
75 Remittance Drive Suite 1951
Chicago, IL 60675


Lake Forest ER
c/o Malcom S Gerald & Assoc
332 South Micigan Ave, Ste 600
Chicago, IL 60604


Lake Forest ER
75 Remittance Drive, Suite 1951
Chicago, IL 60675


Lake Forest Hospital
660 N. Westmoreland Rd.
Lake Forest, IL 60045-9989


Lake Forest Hospital
75 Remittance Drive Suite 1834
Chicago, IL 60675-1834


Lake Forest Hospital
c/o CBCS
PO Box 165025
Columbus, OH 43216


Lake Forest Hospital
75 Remittance Drive Suite 1951
Chicago, IL 60675


Lake Forest Hospital
c/o Malcolm S. Gerald & Associates
332 S. Michigan Ave., Ste. 600
Chicago, IL 60604

Lake Forest Hospital
c/o Malcom S Gerald & Associates, I
332 S. Michigan Ave, Suite 600
Chicago, IL 60604


Lake Forest Hospital
600 N Westmoreland Road
Lake Forest, IL 60045-9989


Lake Shore Pathologists
520 East 22nd Street
Lombard, IL 60148


Law Office of Laurence A Hecker
650 College Road East
Suite 1800
Princeton, NJ 08540


Law Office of Neil J Greene
250 Parkway Drive
Suite 280
Lincolnshire, IL 60069-4321


Linebarger Goggan Blair Sampson
PO Box 06140
Chicago, IL 60606


Malcolm S. Gerald & Associates, Inc
332 South Michigan Ave., Suite 600
Chicago, IL 60604


Med-Health Financial Services
PO Box 1996
Milwaukee, WI 53201-1996


Medical College of Wisconsin
PO Box 13367
Milwaukee, WI 53213-0367


Midway Emergency Physican
PO Box 320006
Birmingham, AL 35222-1308

Midway Emergency Physician
5665 New Northside Drive
Suite 320
Atlanta, GA 30328


Mobile Anesthesiologists
8420 W Bryn Mawr Ave
Ste 300
Chicago, IL 60631


Mobile Anesthesiologists
Ste. 300
8420 W. Bryn Mawr Ave.
Chicago, IL 60631


Murphy Ambulance
PO Box 6990
Libertyville, IL 60048


NCO Portfolio Management
PO Box 4909  Dept. 22
Trenton, NJ 08650-4909


NCO/ASGNE OF SBC
c/o FBCS
841 E. Hunting Park Ave.
Philadelphia, PA 19124-4824


Nick Magazine
Billing Department
PO Box 3233
Harlan, IA 51593-0413


No Insurance Lake Forest
660 N Westmoreland Road
Lake Forest, IL 60045


North Chicago Fire Department
395 W. Lake Street
Elmhurst, IL 60126


North Shore Allergy & Asthma
2504 Washington St
Suite 300
Waukegan, IL 60085

North Shore Cardiologists
2151 Waukegan
Suite 100
Bannockburn, IL 60015-1884


North Shore Gas
c/o IC System
444 Highway 96 East
Saint Paul, MN 55164


North Suburban Dermatology SC
103 S Greenleaf Ave
Ste J
Gurnee, IL 60031


Northeast Radiology Assoc., S.C.
PO Box 3837
Springfield, IL 62708-3837


Northeast Radiology Associates
c/o I.C.S., Inc.
PO Box 646
Oak Lawn, IL 60454-0646


Northeast Radiology Associates
c/o ICS
PO Box 1010
Tinley Park, IL 60477


Northeast Radiology Associates
PO Box 2546
Springfield, IL 62708-2546


Northern IL. Radiol Assoc
3203 Sunset Ave
Waukegan, IL 60087-3433


Northern Illinois Radiological Asso
c/o Armor Systems Corporation
2322 N. Green Bay Road
Waukegan, IL 60087-4209


Northwest Collectors
3601 Algonquin Road
Suite 232
Rolling Meadows, IL 60008

Northwestern Lake Forest Hospital
c/o CBCS
PO Box 165025
Columbus, OH 43216-5025


Palisades Collection,LLC
PO Box 1244
Englewood Cliffs, NJ 07632


Pathology Associates of North Shore
641 E. Butterfield Rd., Ste. 407
Lombard, IL 60148


Pediatric Radiologic Serv Affiliat
PO Box 230
Elm Grove, WI 53122-2201


Peoples Choice Video Express
2411 Grand Ave.
Waukegan, IL 60085


Peoples Choice Video Express
c/o Credit Protection Association
13355 Noel Road
Dallas, TX 75240


Peoples Energy
c/o AMRCOLLECT
919 W. Estes Ave.
Schaumburg, IL 60193-4427


Peoples Energy
3001 Grand Ave
Waukegan, IL 60085


Peoples Energy
PO Box 0
Chicago, IL 60690-3991


Peoples Energy
c/o KCA Financial Services
PO Box 53
Geneva, IL 60134

Peoples Energy
c/o AAC International
1175 Devin Dr.
Norton Shores, MI 49441


Performax
PO Box 1065
Amherst, NY 14226


PRM Financial services, Inc
Department 10806
PO Box 1259
Oaks, PA 19456-1259


Professional Account Services, Inc.
PO Box 188
Brentwood, TN 37024-0188


Provena
2615 Washington Street
Waukegan, IL 60085-4988


Provena Saint Therese Medical Ctr.
2615 Washington St.
Waukegan, IL 60085-4988


Provena St. Joseph Medical Center
2175 W. Oneida
Joliet, IL 60435


Provena St. Joseph Medical Center
c/o Pellettieri & Associates, LTD
991 Oak Creek Drive
Lombard, IL 60148


Provena St. Therese Medical Center
c/o Pellettieri & Assoc., P.C.
111 West Jackson Blvd 15th Floor
Chicago, IL 60604-3501


Provena St. Therese Medical Center
c/o Pellettieri & Associates, LTD
991 Oak Creek Drive
Lombard, IL 60148

Quest Diagnostics
PO Box 64804
Baltimore, MD 21264-4804


Quest Diagnostics
c/o Credit Collection Services
2 Wells Ave, Dept. 587
Newton Center, MA 02459


Quest Diagnostics Inc.
c/o AMCA
2269 S. Saw Mill River Rd., Bldg. 3
Elmsford, NY 10523


Quest Diagnostics Inc.
c/o AMCA
2269 S. Saw Mill River Road Bldg.3
Elmsford, NY 10523


Quest Diagnostics, formerly SBCL
PO Box 7306
Hollister, MO 65673-7306


Quest Diagnostics, formerly SBCL
PO Box 1986
Branson, MO 65615-1986


R.M.S.
4836 Brecksville Road
PO Box 523
Richfield, OH 44286-0523


Receivables Management, Inc.
PO Box 1385
Saginaw, MI 48605


RJM Acquisitions LLC
PO Box 18006
Hauppauge, NY 11788-8806


RJM Acquisitions LLC
575 Underhill Blvd.
Suite 224
Syosset, NY 11791-3416

Rockenbach Chevrolet
c/o Credit Management Services
25 Northwest Point Blvd #750
Elk Grove Village, IL 60007


Rockenbach Chevrolet
PO Box 309
Grayslake, IL 60030-0309


Round Lake Family Phys
707 West Railroad Ave
Round Lake, IL 60073


Round Lake Family Physicians
68 Ambrogio Drive #102
Gurnee, IL 60031


Sacor Systems
c/o Dennis A. Brebner & Associates
860 Northpoint Blvd
Waukegan, IL 60085-8211


Sallie Mae
1002 Arthur Drive
Lynn Haven, FL 32444


Sallie Mae
PO Box 59030
Panama City, FL 32412-9030


Sallie Mae
c/o General Revenue Corp.
PO Box 82508
Las Vegas, NV 89180-2508


Sallie Mae Bank
5217 S State St., Suite 210
Murray, UT 84107


Santa Barbara Bank & Trust
PO Box 1270
Solana Beach, CA 92075-7270

```
SBC
Bill Payment Center
Chicago, IL 60663


SBC
c/o Collection Company of America
PO Box 806
Norwell, MA 02061


SBC Ameritech
c/o CCA
700 Lonwater Drive
Norwell, MA 02061


Scholastic At-Home Phonics Reading
c/o North Shore Agency
PO Box 8901
Westbury, NY 11590-8901


Senex Partners, LLC
2014 Momentum Place
Chicago, IL 60689-5320


Senex Services
3500 DePauw Blvd
Suite 305
Indianapolis, IN 46268


Simm Associates
800 Pencader Drive
Newark, DE 19702


SJM Financial
PO Box 147023
Gainesville, FL 32614-7023


Smart Document Solutions
PO Box 1812
Alpharetta, GA 30023-1812


Smoke Signal Communications
8700 South Gessner
Houston, TX 77074
```

Sprint
Customer Service
PO Box 8077
London, KY 40742


Sprint
Collection Company of America
PO Box 439
Norwell, MA 02061-0439


Sprint
c/o Cavalry
PO Box 1030
Hawthorne, NY 10532-1030


Sprint
c/o Professional Credit Services, I
PO Box 13128
Hauppauge, NY 11788-0563


Sprint PCS
c/o Cavalry
7 Skyline Dr., 3rd Flr.
Hawthorne, NY 10532


Sprint PCS
c/o Prfsnlcrdt
500 Bi-County BV Inc.
Farmingdale, NY 11735


Sprint PCS
c/o Wam Tex
1000 F. N. Travis St.
Sherman, TX 75090-5054


Sprint PCS
PO Box 219718
Kansas City, MO 64121-9718


Sprint PCS
c/o Debt Recovery Solutions
900 Merchants Conc, Suite 106
Westbury, NY 11590

Sprint PCS
c/o West Asset Management, Inc.
PO Box 2548
Sherman, TX 75091-2548


Sprint PCS
c/o Diver Adj.
600 Coon Rapids Blvd.
Coon Rapids, MN 55433


Sprint PCS
c/o Debt Recovery Solutions, LLC
PO Box 1259
Oaks, PA 19456


St. Therese Medical Center
c/o Dilip Shah, MD
1 South Greenleaf, Suite D
Gurnee, IL 60031


St. Therese Medical Center
c/o Senex Services Corp.
3500 DePauw Blvd., Suite 3050
Indianapolis, IN 46268-6135


St. Therese Radiology Assoc
PO Box 327
Waukegan, IL 60079-0327


ST. Therese Radiology Assoc, SC
PO Box 497
Waukegan, IL 60079-0497


St. Therese Radiology Assoc.
c/o AR Resources, Inc.
PO Box 10336
Jacksonville, FL 32247-0336


State of IL Dep. of Employment Sec
401 S State Street
Chicago, IL 60605


Suburban Radiologists, S.C.
1415 West 55th Street
Suite 101
Countryside, IL 60525

Superior Air Ground Ambulance Serv
PO Box 1407
Elmhurst, IL 60126


T Mobile
c/o AFNI
303 Brock Drive
Bloomington, IL 61702-3427


T-Mobile
c/o Receivable Collection Operation
6373 E. Tanque Verde Rd Ste 200
Tucson, AZ 85751


T-Mobile
c/o Mitchell Kay
PO Box 2374
Chicago, IL 60690-2374


T-Mobile
c/o Trauner, Cohen & Thomas
2880 Dresden Dr
Atlanta, GA 30341-3920


T-Mobile Formerly Voicesstream
c/o Plaza Associates
PO Box 18008
Hauppauge, NY 11788-8808


TCF Bank
c/o Professional Account Management
PO Box 1022
Wixom, MI 48393-1022


TCF Bank
PO Box 391
Milwaukee, WI 53201-0391


TCF National Bank
c/o AMRCOLLECT
919 W. Estes Ave.
Schaumburg, IL 60193-4427


TCF National Bank
500 W. Joliet Rd.
Willowbrook, IL 60527

TCF National Bank
c/o ACC International
1175 Devin Dr
Norton Shores, MI 49441


The Doctors Offices
c/o Armor Systems Co
1700 Kiefer Dr., Ste 1
Zion, IL 60099


The News Sun
2383 N. Delany Road
Waukegan, IL 60085


The School of Booking & Accounting
430 Technology Parkway
Norcross, GA 30092


The Strawberry Shortcake Crafts Clu
2931 East McCarty Street
Jefferson City, MO 65101


United Equitable Insurance Company
PO Box 1091
Skokie, IL 60076-8091


USA Pay Day
1541 N. Lewis
Waukegan, IL 60085


VA Peninsula Emergency Phy Inc.
PO Box 70669
Richmond, VA 23255-0669


Verizon
c/o First Revenue Assurance
Dept 13526, PO box 1259
Oaks, PA 19456


Verizon Wireless
26935 Northwestern Hwy
Suite 100-CFS
Southfield, MI 48033

Verizon Wireless
c/o CBS
PO Box 69
Columbus, OH 43216


Victory Memoria
c/o Bnafinbur
8000 Safari dr.
Smyrna, TN 37167


Victory Memorial
PO Box 899
Smyrna, TN 37167


Victory Memorial Hospital
1324 N. Sheridan Road
Waukegan, IL 60085


Victory Memorial Hospital
c/o Lawrence Friedman
19 S. LaSalle St., 10th Floor
Chicago, IL 60603


Virginia Natural Gas
Unknown
Unknown


Virginia Peninsula Emergency
PO Box 8216
Virginia Beach, VA 23450-8216


Vista Health
99 W. Greenwood Ave
Waukegan, IL 60087-5136


Vista Health
PO Box 993
Bedford Park, IL 60499-0933


Vista Health
PO Box 7250
Westchester, IL 60154-7250

```
Vista Imaging
PO Box 2049
Dept. 5339
Milwaukee, WI 53201


Vista Imaging Assoc.
PO Box 6980
Libertyville, IL 60048-6980


Vista Imaging Assoc.
c/o AR Resources, Inc.
PO Box 10336
Jacksonville, FL 32247


Vista Imaging Assoc.
c/o NCO Financial Systems, Inc.
PO Box 497
Waukegan, IL 60079-0497


Vista Imaging Assoc.
PO Box 2049
Dept. 5339
Milwaukee, WI 53201-2049


Vista Medial Center East
c/o North Chicago Fire Department
PO Box 1368
Elmhurst, IL 60126


Vista Medical Center - East
c/o Credit Control, LLC
PO Box 248
Hazelwood, MO 63042


Vista Medical Center-East
c/o Credit Control
PO Box 4521
Chesterfield, MO 63006


Vista St. Therese Medical Center
c/o Pellettieri & Associates, LTD
991 Oak Creek Drive
Lombard, IL 60148
```

Vista Surgery & Treatment Center
1050 Red Oak Lane
Lindenhurst, IL 60046


Wal-Mart Stores
c/o FMS Inc.
PO Box 18062
Hauppauge, NY 11788-8862


Washington Mutual
c/o Washington Credit
PO Box 97029
Redmond, WA 98073-9729


Washington Mutual
1201 Third Ave.
Seattle, WA 98101


Washington Mutual
c/o ER Solutions, Inc.
500 SW 7th St., #A100  PO Box 9004
Renton, WA 98057


Washington Mutual
c/o Island National Group
PO box 18009
Hauppauge, NY 11788-8809


Washington Mutual
c/o ER Solutions, Inc.
PO Box 6030
Hauppauge, NY 11788-0154


Washington Mutual-Consumer 2nds Co#
c/o ER Solutions
PO Box 5730
Hauppauge, NY 11788-0154


Wyse Financial Services, Inc.
PO Box 505
Linden, MI 48451-0505

B6G (Official Form 6G) (12/07)

.

In re    **Antonio D. Norman,**
       **Latoya N. Montgomery-Norman**              Case No. _____

_____ ,
                                   Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Consuelo Salazar**<br>**PO Box 126**<br>**Grayslake, IL 60030-0126** | **Lease Yearly**<br>**Expires 4/07** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Antonio D. Norman,**          Case No. _____
       **Latoya N. Montgomery-Norman**

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6I (Official Form 6I) (12/07)

In re   **Antonio D. Norman**
        **Latoya N. Montgomery-Norman**                     Case No. _____
                                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Daughter** | AGE(S):<br>**15**<br>**16**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **unemployed** | **Medical Circulator** |
| Name of Employer | | **Ritacca Laser Center** |
| How long employed | | **5 years** |
| Address of Employer | | **230 Center Drive**<br>**Vernon Hills, IL 60061** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 3,503.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 3,503.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 528.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify):   **IRA** | $ 0.00 | $ 140.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 668.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,835.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify):   **Unemployment** | $ 1,276.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,276.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,276.00 | $ 2,835.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,111.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Antonio D. Norman**
**Latoya N. Montgomery-Norman**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

■ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,300.00 |
| a. Are real estate taxes included?            Yes ___        No **X** | | |
| b. Is property insurance included?            Yes ___        No **X** | | |
| 2. Utilities:        a. Electricity and heating fuel | $ | 270.00 |
| b. Water and sewer | $ | 67.00 |
| c. Telephone | $ | 100.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 110.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 49.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 290.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 50.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **Student Loan** | $ | 85.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,971.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 4,111.00 |
| b.    Average monthly expenses from Line 18 above | $ | 4,111.00 |
| c.    Monthly net income (a. minus b.) | $ | 0.00 |

B6J (Official Form 6J) (12/07)

In re **Antonio D. Norman**
**Latoya N. Montgomery-Norman**                          Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

## (Spouse's Schedule)

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 500.00 |
| a. Are real estate taxes included? | Yes ___ No **X** | |
| b. Is property insurance included? | Yes ___ No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ 0.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 0.00 |
| d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 400.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 40.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 0.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,     $      1,140.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the
filing of this document:

_____

5/17/10 2:32PM

B6J (Official Form 6J) (12/07)

In re    **Antonio D. Norman**
     **Latoya N. Montgomery-Norman**       Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable T.V.** | $ | **80.00** |
| **Internet Access** | $ | **30.00** |
| **Total Other Utility Expenditures** | $ | **110.00** |

5/17/10 2:32PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Antonio D. Norman**
**Latoya N. Montgomery-Norman**

Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**72**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May 17, 2010**

Signature    **/s/ Antonio D. Norman**

**Antonio D. Norman**
Debtor

Date    **May 17, 2010**

Signature    **/s/ Latoya N. Montgomery-Norman**

**Latoya N. Montgomery-Norman**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Antonio D. Norman**
       **Latoya N. Montgomery-Norman**                       Case No.
                                   Debtor(s)         Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2010 Husband** |
| **$5,145.00** | **2010 Wife** |
| **$24,541.00** | **2009 Husband** |
| **$39,102.00** | **2009 Wife** |
| **$28,000.00** | **2008 Husband** |
| **$40,000.00** | **2008 Wife** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,600.00** | **2010 Husband Unemployment** |
| **$8,833.00** | **2009 Husband Unemployment** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **AAC**<br>**7027 Miller Rd.**<br>**Warren, MI 48092** | **2009** | **Repossessed**<br>**2006 Chevy Cobalt** |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **David M. Siegel & Associates**<br>**790 Chaddick Drive**<br>**Wheeling, IL 60090** | **10/28/06 - 3/7/09** | **$895.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3661 Birch Ave**<br>**Lake Bluff, IL 60044** | **Same** | **3/03 - 4/04** |
| **25501 22nd Place**<br>**N. Chicago, IL 60064** | **Same** | **1/01 - 2/03** |
| **1302 Park Ave**<br>**N Chicago, IL 60064** | **Antonio Norman** | **2005 - 9/08** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

  *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

  *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 17, 2010**                        Signature  **/s/ Antonio D. Norman**
                                                          **Antonio D. Norman**
                                                          Debtor

Date  **May 17, 2010**                        Signature  **/s/ Latoya N. Montgomery-Norman**
                                                          **Latoya N. Montgomery-Norman**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Antonio D. Norman**
**Latoya N. Montgomery-Norman**

                              Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
  ☐ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt            ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Consuelo Salazar** | **Describe Leased Property:**<br>**Lease Yearly**<br>**Expires 4/07** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   **May 17, 2010**            Signature   **/s/ Antonio D. Norman**
                                               **Antonio D. Norman**
                                               Debtor

Date   **May 17, 2010**            Signature   **/s/ Latoya N. Montgomery-Norman**
                                               **Latoya N. Montgomery-Norman**
                                               Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Antonio D. Norman**
**Latoya N. Montgomery-Norman**

Case No. _____

Debtor(s)

Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    **895.00** |
| Prior to the filing of this statement I have received | $    **895.00** |
| Balance Due | $    **0.00** |

2.  The source of the compensation paid to me was:

   ■    Debtor      ☐    Other (specify):

3.  The source of compensation to be paid to me is:

   ■    Debtor      ☐    Other (specify):

4.  ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances (except in Chapter 13 cases), or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 17, 2010** _____

**/s/ David M. Siegel** _____
**David M. Siegel**
**David M. Siegel & Associates**
**790 Chaddick Drive**
**Wheeling, IL 60090**
**(847) 520-8100**

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

<u>**Chapter 7**</u>: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

<u>**Chapter 13**</u>: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Form B 201A, Notice to Consumer Debtor(s)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Antonio D. Norman**
**Latoya N. Montgomery-Norman**

Debtor(s)

Case No. _____

Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Antonio D. Norman**
**Latoya N. Montgomery-Norman**
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X   **/s/ Antonio D. Norman**     **May 17, 2010**
Signature of Debtor        Date

X   **/s/ Latoya N. Montgomery-Norman**     **May 17, 2010**
Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com         Best Case Bankruptcy

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

### INTRODUCTION
Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)        the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)        the effect of receiving a discharge of debts
(3)        the effect of reaffirming a debt; and
(4)        your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?
The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?
The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?
After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS
You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

### AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ Antonio D. Norman | May 17, 2010 | /s/ Latoya N. Montgomery-Norman | May 17, 2010 |
| Debtor's Signature | Date | Joint Debtor's Signature | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Antonio D. Norman**
**Latoya N. Montgomery-Norman**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      **287**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **May 17, 2010**

**/s/ Antonio D. Norman**
**Antonio D. Norman**
Signature of Debtor

Date:    **May 17, 2010**

**/s/ Latoya N. Montgomery-Norman**
**Latoya N. Montgomery-Norman**
Signature of Debtor